UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALVATORE LARIZZA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SIX UNKNOWN NAMES,<br><br>　　　　Defendant(s). | Case No. C05-2128-JLR-JPD<br><br>ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DISMISSING CASE |

The application by plaintiff for leave to proceed *in forma pauperis* was incomplete or defective as set forth in the memorandum from the Clerk to plaintiff on December 27, 2005. The Clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before January 26, 2006, could result in dismissal of the case. Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed *in forma pauperis*.

It is therefore ORDERED:

(1) The application to proceed *in forma pauperis* is DENIED;

(2) The case is DISMISSED;

(3) The Clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge James P. Donohue.

Dated this 30th day of January, 2006.

　　　　　　　　　　　　　　　　　　　s/James L. Robart
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　　　United States District Judge

Recommended for entry this
27th day of January, 2006.

/s/  JAMES P. DONOHUE
United States Magistrate Judge